UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAM FLATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV00721 ERW |
| ) | |
| BARNES-JEWISH HOSPITAL, ) | |
| BJC HEALTH SYSTEM d/b/a BJC ) | |
| HEALTHCARE, and ) | |
| THE WASHINGTON UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the parties' Consent Motion for Limited Jurisdictional Discovery [ECF No. 25].

On April 27, 2012, Plaintiff Adam Flath filed a Motion for Jurisdictional Discovery, asking for an order to allow him to conduct expedited jurisdictional discovery [ECF No. 15]. Defendants Barnes-Jewish Hospital and BJC System d/b/a BJC HealthCare ("BJC HealthCare") filed a memorandum in opposition on May 7, 2012. Thereafter, on May 11, Plaintiff's counsel sent proposed interrogatories and requests for production of documents to counsel for Defendants Barnes-Jewish Hospital and BJC HealthCare.

The Court held a hearing on Plaintiff's motion for jurisdictional discovery on May 16, 2012. During this hearing, the parties announced that they had reached an agreement regarding Plaintiff's discovery requests, and they agreed to file a consent motion for limited jurisdictional discovery for the Court's approval.

On May 21, 2012, Plaintiff, with consent of Defendants Barnes-Jewish Hospital and BJC HealthCare, submitted the Consent Motion for Limited Jurisdictional Discovery. In this Motion, the parties state that Defendants Barnes-Jewish Hospital and BJC HealthCare consent to Plaintiff being

granted leave to serve certain proposed Written Discovery (See Exhibits A-D of ECF No. 25), and that Defendants Barnes-Jewish Hospital and BJC HealthCare agree to respond (by either answering, objecting, or some combination thereof) to the Written Discovery within thirty (30) days of the entry of this Court's order.  The parties further state that, in the event that Defendants Barnes-Jewish Hospital and BJC HealthCare require additional time to respond, counsel for Plaintiff and Defendants agree to meet and confer regarding any extensions of time.  Additionally, the parties agree that any additional time will not prejudice Plaintiff's ability to seek additional time in which to file a motion for remand should Plaintiff deem such action appropriate.  Finally, the parties request the entry of an Order permitting the limited jurisdictional discovery attached as Exhibits A-D to their Consent Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Consent Motion for Limited Jurisdictional Discovery [ECF No. 25] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to propound the Written Discovery attached as Exhibits A-D to this Order.

**IT IS FURTHER ORDERED** that Defendants Barnes-Jewish Hospital and BJC Health System d/b/a BJC HealthCare are granted thirty (30) days from the date of the Court's Order to respond to the Written Discovery.

**IT IS FURTHER ORDERED** that any extension of time required to respond to the Written Discovery shall not prejudice Plaintiff's ability to seek additional time in which to file a motion for remand, should Plaintiff deem such action appropriate.

Dated this  22nd  day of May, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE